Hon. Marc Barreca

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

TREND SOUND PROMOTER AMG CORP.,

Debtors.

CHAPTER 7
BANKRUPTCY NO. 14-13193

ADVERSARY NO. 14-01248

BANKRUPTCY ESTATE OF TREND SOUND PROMOTER AMG CORP, by and through Nancy James, Bankruptcy Trustee,

Plaintiff,

vs.

VOLODIMYR PIGIDA and JANE DOE PIGIDA, husband and wife and the marital community comprised thereof, individually and as trustee of Villa Property Company Trust; and MARINA BONDARENKO and JOHN DOE BONDARENKO, wife and husband, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust; and SOUNDT STUDIOS, LLC, a Washington Limited Liability Company,

Defendants.

ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT

ANSWER AND AFFIRMATIVE DEFENSES - 1
*James .v. Lakeshore Enterprises*

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

Case 14-01248-MLB    Doc 33    Filed 02/04/15    Ent. 02/04/15 11:55:10    Pg. 1 of 6

# ANSWER

COME NOW Defendants, by and through the undersigned counsel, and present the following Answer to Plaintiff's Complaint. Each and every averment not specifically admitted, expressly including but in no way limited to headings, is denied.

1.1     Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 1, Defendants ADMIT the same.

1.2     Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 2, Defendants ADMIT the same.

1.3     Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 3, Defendants DENY the same.

1.4     Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 4, Defendants ADMIT the same.

1.5     Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 5, Defendants DENY the same.

1.6     Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 6, Defendants ADMIT the same.

1.7     Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 6a, Defendants ADMIT the same.

1.8     Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 7, Defendants ADMIT the same.

1.9     Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 8, Defendants ADMIT the same.

ANSWER AND AFFIRMATIVE DEFENSES - 2
*James .v. Lakeshore Enterprises*

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

Case 14-01248-MLB    Doc 33    Filed 02/04/15    Ent. 02/04/15 11:55:10    Pg. 2 of 6

1.10    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 9, Defendants ADMIT the same.

1.11    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 10, Defendants ADMIT the same.

1.12    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 11, Defendants DENY the same.

1.13    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 12, Defendants ADMIT that the subject property was purchased but DENY all allegations not specifically admitted and any inferences derived therefrom.

1.14    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 13, Defendants DENY the same.

1.15    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 14, Defendants DENY the same.

1.16    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 15, Defendants DENY the same.

1.17    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 16, Defendants DENY the same.

1.18    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 17, Defendants DENY the same.

1.19    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 18, Defendants DENY the same.

1.20    Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 19, Defendants DENY the same.

ANSWER AND AFFIRMATIVE DEFENSES - 3
*James .v. Lakeshore Enterprises*

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

Case 14-01248-MLB    Doc 33    Filed 02/04/15    Ent. 02/04/15 11:55:10    Pg. 3 of 6

1.21   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 20, Defendants DENY the same.

1.22   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 21, Defendants DENY the same.

1.23   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 22, Defendants ADMIT the same.

1.24   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 23, Defendants DENY the same.

1.25   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 24, Defendants DENY the same.

1.26   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 25, Defendants DENY the same.

## DAMAGE PRAYER

1.27   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 25(a), Defendants DENY the same.

1.28   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 25(b), Defendants DENY the same.

1.29   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 25(c), Defendants DENY the same.

1.30   Responding to the allegations set forth in Plaintiff's Amended Complaint, Paragraph 25(d), Defendants DENY the same.

## AFFIRMATIVE DEFENSES

FURTHER, and by way of AFFIRMATIVE DEFENSE, Defendants respond as follows:

ANSWER AND AFFIRMATIVE DEFENSES - 4
*James .v. Lakeshore Enterprises*

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

Case 14-01248-MLB    Doc 33    Filed 02/04/15    Ent. 02/04/15 11:55:10    Pg. 4 of 6

a. The Trustee has failed to state a claim on which relief can be granted;

b. If Defendants are determined to be purchasers, then Defendants are Bona Fide Purchasers/Good Faith Transferees;

c. The Debtor was no insolvent at the time of the transfer;

d. The transfer was made for the reasonably equivalent value;

e. Defendants invoke the defenses of 11 U.S. § 548(c);

f. Defendants invoke the defenses of 11 U.S. § 548(b);

g. Defendants invoke the defenses of RCW § 19.40.081(a);

h. Defendants invoke the defenses of RCW § 19.40.081(d); and

i. The above defenses and affirmative defenses are based on the facts and information currently known to Defendants. Defendants reserve the right to amend or add defenses or affirmative defenses based on facts later discovered, pled, or offered.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants request that Trustee's Amended Complaint be dismissed with prejudice, that Trustee recovers nothing thereby, that Defendants be awarded their costs and attorneys' fees incurred in defending against this action, that the Court give leave to amend this Answer to conform to proof later discovered, pled or offered, and that the Court order such other and further relief as the Court may deem just and equitable.

///
///
///
///
///
///
///
///
///

ANSWER AND AFFIRMATIVE DEFENSES - 5
*James .v. Lakeshore Enterprises*

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

Case 14-01248-MLB    Doc 33    Filed 02/04/15    Ent. 02/04/15 11:55:10    Pg. 5 of 6

///
///

Respectfully submitted this 4th day of February 2015.

        MDK Law
        *Attorneys for Defendants*

        _____/s/ **James P. Ware**_____
        MARK D. KIMBALL, WSBA No. 13146
        JAMES P. WARE, WSBA No. 36799
        MDK Law
        777 108th Ave NE, Ste 2170
        Bellevue, WA 98004
        (425)455-9610
        (425)455-1170
        mkimball@mdklaw.com
        jware@mdklaw.com

ANSWER AND AFFIRMATIVE DEFENSES - 6
*James .v. Lakeshore Enterprises*

**MDK | LAW**
777 108th Avenue Northeast, Suite 2170
Bellevue, Washington 98004
(425) 455-9610

Case 14-01248-MLB    Doc 33    Filed 02/04/15    Ent. 02/04/15 11:55:10    Pg. 6 of 6