Entered on Docket March 18, 2015

**Below is the Order of the Court.**



Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

Trend Sound Promoter AMG Corp. | Case No. 14-13193-MLB (Ch. 7)

Debtor.

Nancy James, Trustee, Plaintiff, | Adv. No. 14-01248-MLB

v.

Volodimyr Pigida, *et al.*
Defendants. | ORDER STRIKING TRIAL DATES, SETTING NEW DEADLINE FOR CONSENT, AND CONTINUING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED:

(1) The trial dates of June 29 and 30, 2015 are stricken.

(2) The defendant added in the amended complaint (Dkt. No. 26) must file a Notice Regarding Final Adjudication and Consent to Entry of Final Orders or Judgments by Bankruptcy Judge in an Adversary Proceeding (a "Consent," see Local Rule 7012-1) by no later than **March 27, 2015.**

(3) Should any party wish to amend their Consent in light of the amended

ORDER

complaint any amendment must be made by no later than **March 27, 2015**, otherwise the prior filed consents will control.

(4) The pretrial conference is continued to **April 10, 2015 at 8:30 a.m.**, at **U.S. Courthouse, Room 7106, 700 Stewart Street, Seattle, WA 98101**.

Parties may appear at the pretrial conference in person or by telephone. Instructions and guidelines for appearing by telephone are as follows:

**Instructions**:

(1) Dial: 1.888.363.4749

(2) Enter Access Code: 9365479#

(3) Press the # sign

(4) Enter Security Code when prompted: 8574#

(5) Speak your name when prompted

**Guidelines**:

(1) Use a land line phone and not a cell phone, if possible.

(2) Make the call from a quiet area where background noise is minimal.

(3) Wait until the judge calls your case before speaking.

(4) Do not put the phone on hold at any time after the call is connected.

(5) In the event you are unable to connect to the conference call after following the above procedures, please contact chambers at (206) 370-5310.

/// END OF ORDER ///