Honorable Marc Barreca
Hearing date: May 28, 2015; 1:30 p.m.
Hearing Place: Room 7106, 700 Stewart Street, Seattle, WA 98101
Responses due by: May 20, 2015; by 4:30 p.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TREND SOUND PROMOTER AMG CORP.,<br><br>   Debtor(s). | Chapter 7<br>Bankruptcy No. 14-13193 |
| BANKRUPTCY ESTATE OF TREND SOUND PROMOTER AMG CORP., by and through Nancy James, Bankruptcy Trustee,<br><br>   Plaintiff,<br><br>   v.<br><br>VOLODIMYR PIGIDA and JANE DOE PIGIDA, husband and wife, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust; and MARINA BONDARENKO and JOHN DOE BONDARENKO, wife and husband, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust, and SOUNDT STUDIOS LLC, a Washington limited liability company,<br><br>   Defendants. | Adversary No. 14-01248<br><br><br><br><br><br>NOTICE OF MOTION FOR AN ORDER OF PARTIAL SUMMARY JUDGMENT |

TO: Defendants, and their attorney(s) of record.

**NOTICE OF MOTION FOR AN ORDER OF PARTIAL SUMMARY JUDGMENT**
150326jNot Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB Doc 39-1 Filed 04/30/15 Ent. 04/30/15 09:52:06 Pg. 1 of 2

1  PLEASE TAKE NOTICE that the Motion for an Order of Partial Summary Judgment will be heard on the 28th day of May, 2015, at 1:30 p.m., at the United States Courthouse, 700 Stewart Street, Seattle, Washington, in Room 7106, and the clerk is requested to note the motion on the motion docket for that day.

YOU ARE FURTHER NOTIFIED that responses or objections must be made in writing and must be served upon the above named judge and the undersigned attorney by 4:30 p.m. on May 20, 2015.

DATED this 29th day of April, 2015.

THE RIGBY LAW FIRM

/S/ *James Rigby*

James Rigby, WSBA #9658
Special Counsel for Plaintiff/Trustee

**NOTICE OF MOTION FOR AN ORDER OF PARTIAL SUMMARY JUDGMENT**
150326jNot   Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB   Doc 39-1   Filed 04/30/15   Ent. 04/30/15 09:52:06   Pg. 2 of 2