|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

Honorable Marc Barreca<br>May 28, 2015; 1:30 p.m.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 14-13193 |
| TREND SOUND PROMOTER AMG CORP., | |
| Debtor(s). | |
| | |
| BANKRUPTCY ESTATE OF TREND SOUND PROMOTER AMG CORP., by and through Nancy James, Bankruptcy Trustee, | Adversary No. 14-01248 |
| Plaintiff, | |
| v. | ORDER OF PARTIAL SUMMARY JUDGMENT |
| VOLODIMYR PIGIDA and JANE DOE PIGIDA, husband and wife, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust; and MARINA BONDARENKO and JOHN DOE BONDARENKO, wife and husband, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust, and SOUNDT STUDIOS LLC, a Washington limited liability company, | |
| Defendants. | |

**ORDER OF PARTIAL SUMMARY JUDGMENT**
150326gOrd   Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the plaintiff's Motion for an Order of Partial Summary Judgment, the court having reviewed the complaint, amended complaint, answers, motion, declarations and responses filed herein, now, therefore, it is hereby adjudged that there is no genuine dispute regarding the following material facts:

1. The plaintiff is the duly qualified and acting trustee of the estate of the above-named debtor.

2. Defendant Volodimyr Pigida ("Pigida") is an unmarried individual who resides in King County, Washington.

3. Defendant Marina Bondarenko ("Bondarenko") is an unmarried individual who resides in King County, Washington.

4. Defendant Lakeshore Enterprises Trust holds itself out as a trust.

5. Defendant SoundT Studios LLC ("SoundT") is a Washington limited liability company.

6. Pigida and Bondarenko at all material times were principals, officers, owners and shareholders and insiders of the debtor.

7. Pigida and Bondarenko are trustees of Lakeshore Enterprises Trust.

8. Debtor Trend Sound Promoter AMG Corp. filed a Chapter 11 bankruptcy petition on April 25, 2014.

9. The case was converted to a Chapter 7 proceeding on June 2, 2014. Nancy James was appointed as the Chapter 7 trustee.

10. On or about January 27, 2014, the debtor transferred by wire $1,454,448.11 to Ticor Title Company for the benefit of SoundT.

11. On or about January 29, 2014, the defendants caused to be recorded a Statutory Warranty Deed wherein the grantees were Pigida and Bondarenko as trustees of Lakeshore

**ORDER OF PARTIAL SUMMARY JUDGMENT**
150326gOrd   Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB   Doc 39-2   Filed 04/30/15   Ent. 04/30/15 09:52:06   Pg. 2 of 4

Enterprises Trust and the property transferred was the real property commonly referred to as 3713 Lake Washington Blvd. North, Renton, Washington 98056, and legally described as:

> Lot 1, City of Renton Lot Line Adjustment Number 003-88, recorded under Recording Number 8806219003, in King County, Washington.

12. The purchase price for the property of $1,499,000 was paid entirely or substantially with funds which were transferred to Ticor Title Company by the debtor.

13. The transfer referenced above was for the benefit of Pigida and Bondarenko individually or, alternatively, as trustees for Lakeshore Enterprises Trust.

14. The debtor made a series of transfers as follows:

   a) $882,860.67 net of timely payments was transferred within 90 days prior to the date the bankruptcy petition was filed; and

   b) $1,449,419.67 net of timely payments was transferred after July 31, 2013, and within one year prior to the date the bankruptcy petition was filed.

15. Said transfers were made to SoundT, or for its benefit.

16. Said transfers were property of the debtor.

17. The transfers were on account of an antecedent debt, which was the license agreement entered into between the debtor and SoundT on or about December 5, 2012.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that

18. This adversary proceeding is one arising in the Chapter 7 case of the above-named debtor now pending in this court. This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334 and 11 U.S.C. §§ 544, 548, 550 and 551.

19. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (E), (H) and (O). Venue in this court is proper under 28 U.S.C. §§ 1391 and 1409.

20. The debtor made a series of transfers as follows:

   a) $882,860.67 net of timely payments was transferred within 90 days prior to the date the bankruptcy petition was filed; and

**ORDER OF PARTIAL
SUMMARY JUDGMENT**
150326gOrd   Page 3

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB   Doc 39-2   Filed 04/30/15   Ent. 04/30/15 09:52:06   Pg. 3 of 4

1            b)     $1,449,419.67 net of timely payments was transferred after July 20, 2013, and within one year prior to the date the bankruptcy petition was filed.

21. The transfers were property of the debtor.

22. The transfers were for the benefit of a creditor, to wit, SoundT.

23. The transfers were on the account of an antecedent debt which was created by the license agreement between the debtor and SoundT dated December 5, 2012.

24. The transfers were made within 90 days of the date of the filing of the debtor's bankruptcy petition.

25. The transfers enabled SoundT to receive more than it would have received under Chapter 7 of the Bankruptcy Code if the transfers had not been made.

//// END OF ORDER ////

Presented By:

THE RIGBY LAW FIRM

/S/ *James Rigby*
_____
James Rigby, WSBA #9658
Special Counsel for Plaintiff/Trustee

The Rigby Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

**ORDER OF PARTIAL SUMMARY JUDGMENT**
150326gOrd Page 4

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB    Doc 39-2    Filed 04/30/15    Ent. 04/30/15 09:52:06    Pg. 4 of 4