Honorable Marc Barreca
May 28, 2015; 1:30 p.m.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TREND SOUND PROMOTER AMG CORP.,<br><br>Debtor(s).<br><br>_____<br><br>BANKRUPTCY ESTATE OF TREND SOUND PROMOTER AMG CORP., by and through Nancy James, Bankruptcy Trustee,<br><br>Plaintiff,<br><br>v.<br><br>VOLODIMYR PIGIDA and JANE DOE PIGIDA, husband and wife, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust; and MARINA BONDARENKO and JOHN DOE BONDARENKO, wife and husband, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust, and SOUNDT STUDIOS LLC, a Washington limited liability company,<br><br>Defendants. | Chapter 7<br>Bankruptcy No. 14-13193<br><br><br><br><br>Adversary No. 14-01248<br><br><br><br><br><br><br><br><br>DECLARATION OF NANCY JAMES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |

The undersigned makes the following statement under penalty of perjury:

1. I am over 18 years of age, am competent to testify to the statements herein and make the statements herein based on facts personally known to me.

2. I am the duly appointed Chapter 7 trustee for the above-captioned case.

**DECLARATION OF NANCY JAMES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT -** 150422cDec Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB    Doc 41    Filed 04/30/15    Ent. 04/30/15 09:56:59    Pg. 1 of 2

3. I have served on the Panel of Chapter 7 Bankruptcy Trustee at Seattle since 1984. During that time I have served as the trustee on tens of thousands of cases of which hundreds were asset cases. I have negotiated hundreds of settlement agreements which were approved by the Bankruptcy Court.

4. I have investigated the financial affairs of this debtor. I have reviewed the schedules filed by the debtor. I attended the 341 hearing wherein Volodimyr Pigida, a principal of the debtor, was questioned regarding the debtor's financial affairs.

5. The schedules indicate that the debtor has $412,464 in assets and $5,004,000 in debts.

6. I have begun a claims review and, although I have not completed a review of the claims, I would note that 1019 claims totaling $11,418,779.50 have been filed.

7. Presently, I have $225,887.79 in my account for this case. I anticipate that a liquidation of the remaining assets in this case, not counting this adversary proceeding, will total less than $500,000.

8. In my opinion, this case will never amount to a 100 percent payout case.

9. The defendants in this action did receive more in payments than they would receive in a Chapter 7 proceeding had they not received the transfers.

DATED this 22nd day of April, 2015.

/S/ *Nancy James*
Nancy James

**DECLARATION OF NANCY JAMES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT -** 150422cDec Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB    Doc 41    Filed 04/30/15    Ent. 04/30/15 09:56:59    Pg. 2 of 2