Honorable Marc Barreca
May 28, 2015; 1:30 p.m.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TREND SOUND PROMOTER AMG CORP.,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 14-13193 |
| BANKRUPTCY ESTATE OF TREND SOUND PROMOTER AMG CORP., by and through Nancy James, Bankruptcy Trustee,<br><br>Plaintiff,<br><br>v.<br><br>VOLODIMYR PIGIDA and JANE DOE PIGIDA, husband and wife, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust; and MARINA BONDARENKO and JOHN DOE BONDARENKO, wife and husband, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust, and SOUNDT STUDIOS LLC, a Washington limited liability company,<br><br>Defendants. | Adversary No. 14-01248<br><br>DECLARATION OF RICHARD GINNIS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The undersigned makes the following statement under penalty of perjury:

1. I am over 18 years of age, am competent to testify to the statements herein and make the statements herein based on facts personally known to me.

2. I have been employed by the trustee in this matter as her accountant.

**DECLARATION OF RICHARD GINNIS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
150421aDec   Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB    Doc 42    Filed 04/30/15    Ent. 04/30/15 10:00:16    Pg. 1 of 15

3. I am a certified public accountant and I have been a certified public accountant continuously since 1970.

4. For the past 30 years I have worked regularly with bankruptcy trustees. I would estimate that I have been employed by trustees to act as their accountant in more than 2,000 cases.

5. During my numerous engagements as the accountant for the trustee, I have conducted numerous preference analyses.

6. I have conducted a preference analysis in the above-captioned matter. In the course of my employment I have reviewed the documents set forth on Exhibit "A" hereto to look for preferential payments and to conduct an analysis of the date the debtor became insolvent. I have determined that the debtor became insolvent on or before July 31, 2013. I have prepared a balance sheet as of that date and it is attached hereto as Exhibit "D".

7 I have determined that SoundT Studios LLC received preferential transfers or preferential transfers were made for its benefit in the amount of $882,860.67 within 90 days of the date the bankruptcy was filed. These transfers are set forth on Exhibits "B-1" and "B-2" hereto.

8. In the event that this Court determines that SoundT Studios LLC is entitled to new value credit for license fees accrued after the preferential transfers, then the amount in the prior paragraph is reduced to $596,518.47. These transfers are set forth on Exhibits "B-1" and "B-2" hereto.

9. I have determined that SoundT Studios LLC received preferential transfers or transfers were made for its benefit in the amount of $1,449,419.67 on or after July 31, 2013, which is on or after the date of insolvency and is within one year of the date the bankruptcy was filed. These transfers are set forth on Exhibit "C-1" hereto. Also attached hereto, as Exhibit "C-2", is a schedule of billings made by SoundT Studios LLC to Trend Sound Promoter AMG Corp and payments made by Trend Sound to or on behalf of SoundT Studios. In comparing the payments listed on Exhibit "C-2" with the payments recorded on the billing statements by SoundT Studios LLC, I have discovered that SoundT Studios has not given credit to Trend Sound for all of the

**DECLARATION OF RICHARD GINNIS**
**IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**
150421aDec   Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB    Doc 42    Filed 04/30/15    Ent. 04/30/15 10:00:16    Pg. 2 of 15

payments listed in my exhibit. And, to a lesser extent, there were payments listed on the billing statements that I could not trace to Trend Sound. As a result, the ending balance on Exhibit "C-2", as of April 30, 2014 is $3,122,648.12, whereas, the balance on the SoundT Studio invoice dated March 31, 2014 (and listing payments through April 12, 2014), is $3,166,298.30, a difference of $43,650.18. I do not consider this difference to be material to my analysis. The invoices prepared by SoundT Studios LLC, in referring to the due date, state "The payment is due upon receipt of this invoice." Although common, this terminology is vague. In determining which payments were paid outside the ordinary course of business, I have used the last day of the month following the invoice date as constituting timely payment.

10. In the event that this Court determines that SoundT Studios LLC is entitled to new value credit for license fees accrued after the preferential transfers, then the amount in the prior paragraph is reduced to $599,835.47. These transfers are set forth on Exhibit "C-1" hereto.

11. My analysis included reviewing payments to related parties other than SoundT Studios LLC on or after July 31, 2013.

12. During my analysis, I have discovered the following transfers were made to other related parties without consideration:

| | |
|---|---:|
| Trend Sound Promoter GSVP LLC | $ 13,400.00 |
| Trend Sound Music Publishing LLC | $ 9,200.00 |
| Admarket | $ 50,000.00 |
| Advertisement Promoter Marketing | $ 48,000.00 |
| Volodimyr Pigida | $ 79,600.00 |

These transfers are detailed on Exhibits "E-1" through "E-5" hereto.

13. Additionally, the books of Trend Sound Promoter AMG Corp show that Volodimyr Pigida received a post petition transfer that was attributed to SoundT Studios LLC, in the amount of $3,301.37 on May 16, 2014. I do not have access to the May bank statement and could not confirm payment of the check. However, based upon the amount of cash shown on the April, 2014 bank statement, and the total amount of checks the debtor recorded in May, it appears there were

**DECLARATION OF RICHARD GINNIS**
**IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**
150421aDec   Page 3

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB   Doc 42   Filed 04/30/15   Ent. 04/30/15 10:00:16   Pg. 3 of 15

1     funds on hand sufficient to pay all the checks recorded posted to the books. Therefore, I am counting

2     this payment as a transfer unless later evidence shows that the check was never negotiated.

3           14.     Finally, on January 16, 2014, $90,994.08 was wired to "The Escrow Service, Inc"

4     by SoundT Studios LLC. This transfer has been determined to be the down payment on the purchase

5     of a condominium. I have determined that the funds came from Trend Sound Promoter AMG Corp.

6     I am able to make that determination because, between September 1, 2013 and January 16, 2014,

7     all monies deposited to the SoundT Studios LLC bank account were from transfers by Trend Sound

8     Promoter AMG Corp. SoundT Studios LLC did not have other funds available to make the payment

9     of $90,994.08 on January 16, 2014.

10         DATED this 28th day of April, 2015.

                                                  /S/ *Richard N. Ginnis*

                                                Richard N. Ginnis

**DECLARATION OF RICHARD GINNIS
IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**
150421aDec   Page 4

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Trend Sound AMG Promoter AMG Corp.
Records Used in Solvency Analysis
**Exhibit A**

- Debtor's Financial Statements on Quickbooks.

- Bank statements of the debtor and related parties.

- Billings from Sound Track Studios to Trend Sound.

- Trustee's Report of Sale of Bentley Continental automobile.

- Schedules of Accounts Payable and Fees Paid to Sound Track Studios, from debtor's accounting records.

- Debtor's bankruptcy schedules.

- Claims Register with listing of claims filed.

- Copies of checks paid out of debtor's bank accounts.

**Exhibit A**

Trend Sound Promoter AMG Corp.
Preferential Payments to
Sound Track Studio, LLC
Within 90 Days of Bankruptcy Filing
**EXHIBIT B-1**

| Date | Transaction Type | Bank | From Bank Account # | Check # | Payee | Amount | Preference | Timely Payment |
|---|---|---|---|---|---|---|---|---|
| 1/27/2014 | Wire | Bank of America - Savings | 3743 | | Lakeshore Enterprises | 1,454,448.11 | 714,494.00 | 739,954.11 |
| 2/4/2014 | Check | Citibank - Checking | 4860 | 1075 | Ticor Title | 10,000.00 | 10,000.00 | |
| 2/5/2014 | Check | Citibank - Checking | 4860 | 1081 | Infinity Holding | 4,000.00 | 4,000.00 | |
| 2/21/2014 | Check | Citibank - Checking | 4860 | 1087 | Ride | 6,700.00 | 6,700.00 | |
| 2/26/2014 | CBUSOL domestic wire out | Citibank - Savings | 8839 | | Sound Track Studio | 128,778.67 | 128,778.67 | |
| 2/28/2014 | Check | Citibank - Checking | 4860 | 1088 | Volodimyr Pigida | 1,038.00 | 1,038.00 | |
| 4/14/2014 | Check | Bank of America - Checking | 6300 | 4758 | Sound Track Studio | 4,200.00 | 4,200.00 | |
| 4/14/2014 | Check | Bank of America - Checking | 6300 | 4756 | GSVP | 5,100.00 | 5,100.00 | |
| 4/15/2014 | Check | Citibank - Checking | 4860 | 1113 | Sound Track Studio | 8,550.00 | 8,550.00 | |

TOTAL, WITHIN 90 DAYS OF FILING

882,860.67
===========

Trend Sound Promoter AMG Corp.
Preferential Payments to
Sound Track Studio, LLC
Within 90 Days of Bankruptcy Filing
**EXHIBIT B-2**

New Value Calculation

| Payee | Amount | Preference | Timely Payment | Period of Sales | Sales | fees @ 20% (New value) | Preference After applying New Value |
|---|---|---|---|---|---|---|---|
| Lakeshore Enterprises | 1,454,448.11 | 714,494.00 | 739,954.11 | 1/28/14-2/4/14 | 1,000,754.00 | 200,150.80 | 514,343.20 |
| Ticor Title | 10,000.00 | 10,000.00 | | 2/5/14-2/5/14 | 146,995.00 | 29,399.00 | - |
| Infinity Holding | 4,000.00 | 4,000.00 | | 2/6/14-2/21/14 | 2,484,502.00 | 496,900.40 | - |
| Ride | 6,700.00 | 6,700.00 | | 2/22/14-2/26/14 | 438,338.00 | 87,667.60 | - |
| Sound Track Studio | 128,778.67 | 128,778.67 | | 2/27/14-2/28/14 | 258,543.00 | 51,708.60 | 77,070.07 |
| Volodimyr Pigida | 1,038.00 | 1,038.00 | | 2/29/14-4/14/14 | 1,175,850.25 | 235,170.05 | - |
| Sound Track Studio | 4,200.00 | 4,200.00 | | 4/15/14-4/15/14 | 10,487.00 | 2,097.40 | 2,102.60 |
| GSVP | 5,100.00 | 5,100.00 | | 4/15/14-4/15/14 | 10,487.00 | 2,097.40 | 3,002.60 |
| Sound Track Studio | 8,550.00 | 8,550.00 | | 4/16/14-4/24/14 | 118,477.75 | 23,695.55 | - |
| | | -------------- | | | | | -------------- |
| | | 882,860.67 | | | | | 596,518.47 |
| | | ============ | | | | | ============ |

EXHIBIT B-2

Trend Sound Promoter AMG Corp.
Preferential Payments
Paid To or For Sound Track Studios, LLC
Starting From July 31, 2013
EXHIBIT C-1

| Date | Transaction Type | Bank | From Bank Account # | Check # | Payee | Amount | Preference | Timely Payment | Period of Sales | New Value Calculation Sales | fees @ 20% (New value) | Preference After applying New Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/8/2013 | Check | Bank of America - Checking | 6300 | 2490 | Volodimyr Pigida | 5,000.00 | 5,000.00 | | 8/9/13-9/1/13 | 818,765.00 | 163,753.00 | - |
| 8/8/2013 | Check | Bank of America - Checking | 6300 | 2488 | Volodimyr Pigida | 6,000.00 | 6,000.00 | | 8/9/13-9/1/13 | 818,765.00 | 163,753.00 | - |
| 8/8/2013 | Check | Bank of America - Checking | 6300 | 2487 | Sound Track Studio | 8,000.00 | 8,000.00 | | 8/9/13-9/1/13 | 818,765.00 | 163,753.00 | - |
| 9/1/2013 | Check | Citibank - Checking | 4860 | 1103 | Eastside Marine | 550.00 | 550.00 | | 9/2/13-9/19/13 | 1,117,050.00 | 223,410.00 | - |
| 9/19/2013 | Transfer | Bank of America - Checking | 6300 | | Sound Track Studio | 15,000.00 | 15,000.00 | | 9/20/13-9/24/13 | 399,905.00 | 79,981.00 | - |
| 9/24/2013 | Wire for Sound Track | Bank of America - Savings | 3743 | | Pigida, Volodimyr | 85,000.00 | 85,000.00 | | 9/25/13-10/24/13 | 2,522,080.00 | 504,416.00 | - |
| ######## | Wire for Sound Track | Bank of America - Savings | 3743 | | Pigida, Volodimyr | 42,759.00 | 42,759.00 | | 10/25/13-10/28/13 | 197,210.00 | 39,442.00 | 3,317.00 |
| ######## | Wire for Sound Track | Bank of America - Checking | 6300 | | Sound Track Studio | 35,000.00 | 35,000.00 | | 10/29/13-11/27/13 | 2,730,585.00 | 546,117.00 | - |
| ######## | Transfer | Bank of America - Checking | 6300 | | GSVP | 5,000.00 | 5,000.00 | | 11/28/13-12/4/13 | 713,785.00 | 142,757.00 | - |
| ######## | Transfer | Bank of America - Checking | 6300 | | Interway | 4,000.00 | 4,000.00 | | 11/28/13-12/4/13 | 713,785.00 | 142,757.00 | - |
| | | | | | Advertisement Promoters | | | | | | | |
| 12/4/2013 | Transfer | Bank of America - Checking | 6300 | | Mkt. | 30,000.00 | 30,000.00 | | 12/5/13-12/26/13 | 3,172,955.00 | 634,591.00 | - |
| 12/4/2013 | Transfer | Bank of America - Checking | 6300 | | Sound Track Studio | 20,000.00 | 20,000.00 | | 12/5/13-12/26/13 | 3,172,955.00 | 634,591.00 | - |
| | | | | | Advertisement Promoters | | | | | | | |
| ######## | Transfer | Bank of America - Savings | 3743 | | Mkt. | 68,000.00 | 68,000.00 | | 12/27/13-12/30/13 | 414,155.00 | 82,831.00 | - |
| ######## | Transfer | Bank of America - Savings | 3743 | | Interway | 39,000.00 | 39,000.00 | | 12/27/13-12/30/13 | 414,155.00 | 82,831.00 | - |
| ######## | Transfer | Bank of America - Checking | 6300 | | Sound Track Studio | 50,000.00 | 50,000.00 | | 12/31/13-1/1/14 | 464,590.00 | 92,918.00 | - |
| 1/2/2014 | Transfer | Bank of America - Checking | 6300 | | Sound Track Studio | 65,000.00 | 65,000.00 | | 1/3/14-1/10/14 | 1,679,420.00 | 335,884.00 | - |
| 1/10/2014 | Check | Bank of America - Checking | 6300 | 4709 | Ticor Title | 45,000.00 | 45,000.00 | | 1/11/14-1/13/14 | 260,700.00 | 52,140.00 | - |
| 1/13/2014 | Check | Citibank - Checking | 4860 | 1064 | Gim Boat Center | 550.00 | 550.00 | | 1/14/14-1/17/14 | 1,276,144.00 | 255,228.80 | - |
| | Cash withdrawal but not deposited | | | | | | | | | | | |
| 1/17/2014 | Transfer | Bank of America - Checking | 6300 | | Sound Track Studio | 4,000.00 | 4,000.00 | | 1/18/14-1/21/14 | 884,016.00 | 176,803.20 | - |
| 1/17/2014 | Transfer | Bank of America - Checking | 6300 | | GSVP | 8,000.00 | 8,000.00 | | 1/18/14-1/21/14 | 884,016.00 | 176,803.20 | - |
| 1/17/2014 | Transfer | Bank of America - Checking | 6300 | | Interway | 6,000.00 | 6,000.00 | | 1/18/14-1/21/14 | 884,016.00 | 176,803.20 | - |
| 1/21/2014 | Transfer | Citibank - Checking | 4860 | 1067 | Pigida, Volodimyr | 5,300.00 | 5,300.00 | | 1/22/14-1/27/14 | 814,756.00 | 162,951.20 | - |
| | | | | | Trend Sound Music | | | | | | | |
| 1/21/2014 | Check | Citibank - Checking | 4860 | 1071 | Publishing LLC | 6,500.00 | 6,500.00 | | 1/22/14-1/27/14 | 814,756.00 | 162,951.20 | - |
| 1/21/2014 | Check | Citibank - Checking | 4860 | 1069 | GSVP | 5,900.00 | 5,900.00 | | 1/22/14-1/27/14 | 814,756.00 | 162,951.20 | - |
| 1/21/2014 | Check | Citibank - Checking | 4860 | 1070 | Sound Track Studio | 7,000.00 | 7,000.00 | | 1/22/14-1/27/14 | 814,756.00 | 162,951.20 | - |
| 1/27/2014 | Wire | Bank of America - Savings | 3743 | | Lakeshore Enterprises | 1,454,448.11 | 714,494.00 | 739,954.11 | 1/28/14-2/4/14 | 1,000,754.00 | 200,150.80 | 514,343.20 |
| 2/4/2014 | Check | Citibank - Checking | 4860 | 1075 | Ticor Title | 10,000.00 | 10,000.00 | | 2/5/14-2/5/14 | 146,995.00 | 29,399.00 | - |
| 2/5/2014 | Check | Citibank - Checking | 4860 | 1081 | Infinity Holding | 4,000.00 | 4,000.00 | | 2/6/14-2/21/14 | 2,484,502.00 | 496,900.40 | - |
| 2/21/2014 | Check | Citibank - Checking | 4860 | 1087 | Ride | 6,700.00 | 6,700.00 | | 2/22/14-2/26/14 | 438,338.00 | 87,667.60 | - |
| | CBUSOL domestic wire | | | | | | | | | | | |
| 2/26/2014 | out | Citibank - Savings | 8839 | | Sound Track Studio | 128,778.67 | 128,778.67 | | 2/27/14-2/28/14 | 258,543.00 | 51,708.60 | 77,070.07 |
| 2/28/2014 | Check | Citibank - Checking | 4860 | 1088 | Volodimyr Pigida | 1,038.00 | 1,038.00 | | 2/29/14-4/14/14 | 1,175,850.25 | 235,170.05 | - |
| 4/14/2014 | Check | Bank of America - Checking | 6300 | 4758 | Sound Track Studio | 4,200.00 | 4,200.00 | | 4/15/14-4/15/14 | 10,487.00 | 2,097.40 | 2,102.60 |
| 4/14/2014 | Check | Bank of America - Checking | 6300 | 4756 | GSVP | 5,100.00 | 5,100.00 | | 4/15/14-4/15/14 | 10,487.00 | 2,097.40 | 3,002.60 |
| 4/15/2014 | Check | Citibank - Checking | 4860 | 1113 | Sound Track Studio | 8,550.00 | 8,550.00 | | 4/16/14-4/24/14 | 118,477.75 | 23,695.55 | - |
| TOTAL, ON OR AFTER JULY 31, 2013, PRE-PETITION | | | | | | 2,189,373.78 | 1,449,419.67 | | | | | 599,835.47 |

POST-PETITION:

| Date | Transaction Type | Bank | From Bank Account # | Check # | Payee | Amount | Preference |
|---|---|---|---|---|---|---|---|
| 5/16/2014 | Check | Puget Sound Bank - Checking | 3436 | 2242 | Volodimyr Pigida | 3,301.37 | 3,301.37 |

EXHIBIT C-1

Trend Sound Promoter AMG Corp.
Preferential Payments
Billings from Sound Track Studios LLC
Payments Made To or For Sound Track Studios, LLC
Starting From July 31, 2013
EXHIBIT C-2

| Billings | | | Payments | | | Preference Analysis | | |
|---|---|---|---|---|---|---|---|---|
| Date of Invoice | Amount | Due Date | Date of Payment | Transaction Type | Amount | Preference | Timely Payment | Balance |
| 6/30/2013 | 410,989.00 | 7/31/2013 | | | | | | 410,989.00 |
| | | 7/31/2013 | 8/8/2013 | Check | 5,000.00 | 5,000.00 | | 405,989.00 |
| | | 7/31/2013 | 8/8/2013 | Check | 6,000.00 | 6,000.00 | | 399,989.00 |
| | | 7/31/2013 | 8/8/2013 | Check | 8,000.00 | 8,000.00 | | 391,989.00 |
| | | 7/31/2013 | 9/1/2013 | Check | 550.00 | 550.00 | | 391,439.00 |
| | | 7/31/2013 | 9/19/2013 | Transfer | 15,000.00 | 15,000.00 | | 376,439.00 |
| | | 7/31/2013 | 9/24/2013 | Wire for Sound Track | 85,000.00 | 85,000.00 | | 291,439.00 |
| | | 7/31/2013 | 10/24/2013 | Wire for Sound Track | 42,759.00 | 42,759.00 | | 248,680.00 |
| | | 7/31/2013 | 10/28/2013 | Wire for Sound Track | 35,000.00 | 35,000.00 | | 213,680.00 |
| 9/30/2013 | 870,064.00 | 10/31/2013 | | | | | | 1,083,744.00 |
| | | 7/31/2013 | 11/27/2013 | Transfer | 5,000.00 | 5,000.00 | | 1,078,744.00 |
| | | 7/31/2013 | 11/27/2013 | Transfer | 4,000.00 | 4,000.00 | | 1,074,744.00 |
| | | 7/31/2013 | 12/4/2013 | Transfer | 30,000.00 | 30,000.00 | | 1,044,744.00 |
| | | 7/31/2013 | 12/4/2013 | Transfer | 20,000.00 | 20,000.00 | | 1,024,744.00 |
| | | 7/31/2013 | 12/26/2013 | Transfer | 68,000.00 | 68,000.00 | | 956,744.00 |
| | | 7/31/2013 | 12/26/2013 | Transfer | 39,000.00 | 39,000.00 | | 917,744.00 |
| | | 7/31/2013 | 12/30/2013 | Transfer | 47,680.00 | 47,680.00 | | 870,064.00 |
| | | 10/31/2013 | 12/30/2013 | Transfer | 2,320.00 | 2,320.00 | | 867,744.00 |
| | | 10/31/2013 | 1/2/2014 | Transfer | 65,000.00 | 65,000.00 | | 802,744.00 |
| | | 10/31/2013 | 1/10/2014 | Check | 45,000.00 | 45,000.00 | | 757,744.00 |
| | | 10/31/2013 | 1/13/2014 | Check | 550.00 | 550.00 | | 757,194.00 |
| | | 10/31/2013 | 1/17/2014 | Cash withdrawal but not deposited | 4,000.00 | 4,000.00 | | 753,194.00 |
| | | 10/31/2013 | 1/17/2014 | Transfer | 8,000.00 | 8,000.00 | | 745,194.00 |
| | | 10/31/2013 | 1/17/2014 | Transfer | 6,000.00 | 6,000.00 | | 739,194.00 |
| | | 10/31/2013 | 1/21/2014 | Check | 5,300.00 | 5,300.00 | | 733,894.00 |
| | | 10/31/2013 | 1/21/2014 | Check | 6,500.00 | 6,500.00 | | 727,394.00 |
| | | 10/31/2013 | 1/21/2014 | Check | 5,900.00 | 5,900.00 | | 721,494.00 |
| | | 10/31/2013 | 1/21/2014 | Check | 7,000.00 | 7,000.00 | | 714,494.00 |
| | | 10/31/2013 | 1/27/2014 | Wire | 714,494.00 | 714,494.00 | | 0.00 |
| 12/31/2013 | 1,935,853.00 | 1/31/2014 | 1/27/2014 | Wire | 739,954.11 | | 739,954.11 | (739,954.11) |
| | | 1/31/2014 | | | | | | 1,195,898.89 |
| | | 1/31/2014 | 2/4/2014 | Check | 10,000.00 | 10,000.00 | | 1,185,898.89 |
| | | 1/31/2014 | 2/5/2014 | Check | 4,000.00 | 4,000.00 | | 1,181,898.89 |
| | | 1/31/2014 | 2/21/2014 | Check | 6,700.00 | 6,700.00 | | 1,175,198.89 |
| | | 1/31/2014 | 2/26/2014 | CBUSOL domestic wire out | 128,778.67 | 128,778.67 | | 1,046,420.22 |
| | | 1/31/2014 | 2/28/2014 | Check | 1,038.00 | 1,038.00 | | 1,045,382.22 |
| | | 1/31/2014 | 4/14/2014 | Check | 4,200.00 | 4,200.00 | | 1,041,182.22 |
| | | 1/31/2014 | 4/14/2014 | Check | 5,100.00 | 5,100.00 | | 1,036,082.22 |
| | | 1/31/2014 | 4/15/2014 | Check | 8,550.00 | 8,550.00 | | 1,027,532.22 |
| 3/31/2014 | 2,095,116.00 | 4/30/2014 | | | | | | 3,122,648.22 |
| | | TOTAL, ON OR AFTER JULY 31, 2013, PRE-PETITION | | | 2,189,373.78 | 1,449,419.67 | 739,954.11 | |

EXHIBIT C-2

Trend Sound Promotor AMG Corp.
Statement of Assets and Liabilities
As of July 31, 2013
**EXHIBIT D**

| | 7/31/2013 | Source of Information |
|---|---|---|
| **ASSETS** | | |
| Cash in banks | 1,603,211 | Bank statements |
| Accounts receivable | 9,235 | Quickbooks balance sheet |
| Bentley automobile | 62,500 | Gross sales price realized by the Trustee |
| **LIABILITIES** | | |
| Accounts payable | (1,533,712) | Quickbooks balance sheet as of July 31, 2013 increased by July's commissions recorded in August and September, and June's commissions recorded in August and decreased by processing fees charged the promoters |
| Notes payable | 26,000 | Quickbooks balance sheet (debit balances) |
| Payroll taxes payable | (264) | Quickbooks balance sheet. |
| Due to Sound Track | (662,678) | Per Sound Track quarterly statement dated June 30, 2013 plus 20% (the commission rate of July sales less payments made in July |
| EQUITY | (495,708) | |

EXHIBIT D

Trend Sound Promoter AMG Corp.
Preferential Payments to
Trend Sound Promoters GSVP LLC
Starting From July 31, 2013
**EXHIBIT E-1**

| Date | Transaction Type | Bank | Check # | Bank Account # | Payee | Split (Per books) | Amount | Preference | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 8/9/2013 | Bill Payment (Check) | Citibank - Checking | 1043 | 4860 | GSVP LLC | 20000 Accounts Payable | 5,000.00 | 5,000.00 | 3 payments recorded as payment on accounts payable; but there is no evidence of any legitimate charges. There are only journal entries made to accounts payable |
| 11/5/2013 | Bill Payment (Check) | Bank of America - Checking | 2546 | 6300 | GSVP LLC | 20000 Accounts Payable | 3,900.00 | 3,900.00 | |
| 12/11/2013 | Bill Payment (Check) | Citibank - Checking | 1058 | 4860 | GSVP LLC | 20000 Accounts Payable | 4,500.00 | 4,500.00 | |
| | | | | | | TOTAL - PRIOR TO 90 DAY PERIOD | 13,400.00 | 13,400.00 | |
| | | | | | | | ========= | ========= | |

Trend Sound Promoter AMG Corp.
Preferential Payments to
Trend Sound Music Publishing, LLC
Starting From July 31, 2013
EXHIBIT E-2

| Date | Transaction Type | Bank | Check # | Bank Account # | Payee | Split (Per books) | Amount | Preference | Comment |
|---|---|---|---|---|---|---|---|---|---|
| ######## | Check | Bank of America - Checking | 4759 | 6300 | Trend Sound Music Publishing LLC | 80900 Suspense - Ask Accountant | 9,200.00 | 9,200.00 | Payment still in suspense; purpose is unknown. |
| | | | | | | TOTAL - WITHIN 90 DAY PERIOD | | 9,200.00 | |
| | | | | | | | | ======== | |

Trend Sound Promoter AMG Corp.
Preferential Payments to
Admarket & Admarket List
Starting From July 31, 2013
**EXHIBIT E-3**

| Date | Transaction Type | Bank | Check # | Bank Account # | Payee | Split (Per books) | Amount | Preference | Comment |
|---|---|---|---|---|---|---|---|---|---|
| ######## | Transfer | Bank of America - Savings | | 2968 | Admarket & Admarket List | | 50,000.00 | 50,000.00 | This payment was not recorded in the books; purpose is not known. |
| | | | | | | TOTAL - PRIOR TO 90 DAY PERIOD | | 50,000.00 | |

Trend Sound Promoter AMG Corp.
Preferential Payments to
Trend Sound Promoters GSVP LLC
Starting From July 31, 2013
**EXHIBIT E-4**

| Date | Transaction Type | Bank | Check # | Bank Account # | Payee | (Per books) Split | Amount | Preference | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 8/8/2013 | Transfer | Bank of America - Checking | | 6300 | Advertisement Promoters Mkt. | Not recorded on Quickbooks | 15,000.00 | 15,000.00 | This payment was not recorded in the books. There is no assignment from Sound Track for this amount. |
| ######## | Transfer | Bank of America - Checking | | 6300 | Advertisement Promoters Mkt. | Not recorded on Quickbooks | 18,000.00 | 18,000.00 | This payment was not recorded in the books. There is no assignment from Sound Track for this amount. |
| ######## | Transfer | Bank of America - Checking | | 6300 | Advertisement Promoters Mkt. | Not recorded on Quickbooks | 15,000.00 | 15,000.00 | This payment was not recorded in the books. There is no assignment from Sound Track for this amount. |
| | | | | | | TOTAL - PRIOR TO 90 DAY PERIOD | 48,000.00 | 48,000.00 | |
| | | | | | | | ========= | ========= | |

Trend Sound Promoter AMG Corp.
Preferential Payments to
Volodimyr Pigida
Starting From July 31, 2013
EXHIBIT E-5

| Date | Transaction Type | Bank | Bank Account # | Check # | Payee | Split (Per books) | Amount | Preference | Probably not Preference | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/16/2013 | Wire | Bank of America - Savings | 3743 | | Pigida, Volodimyr | Not recorded in Quickbooks | 35,000.00 | 35,000.00 | | This transfer was not recorded in the books. |
| 9/30/2013 | Check | Bank of America - Checking | 6300 | 2041 | Pigida, Volodimyr | 60400 Payroll Expenses | 11,501.50 | | 11,501.50 | |
| 10/8/2013 | Withdrawal | Citibank - Checking | 4860 | | Pigida, Volodimyr | Not recorded in Quickbooks | 40,000.00 | 40,000.00 | | This transfer was not recorded in the books. |
| 11/5/2013 | Check | Bank of America - Checking | 6300 | 2039 | Pigida, Volodimyr | 60400 Payroll Expenses | 1,916.75 | | 1,916.75 | |
| ######## | Check | Bank of America - Checking | 6300 | 2697 | Pigida, Volodimyr | 60400 Payroll Expenses | 1,916.75 | | 1,916.75 | |
| 12/5/2013 | Check | Bank of America - Checking | 6300 | 2904 | Pigida, Volodimyr | 60400 Payroll Expenses | 1,916.75 | | 1,916.75 | |
| ######## | Check | Bank of America - Checking | 6300 | 4071 | Pigida, Volodimyr | 60400 Payroll Expenses | 1,916.75 | | 1,916.75 | |
| 1/6/2014 | Check | Bank of America - Checking | 6300 | 4446 | Pigida, Volodimyr | 60400 Payroll Expenses | 1,916.75 | | 1,916.75 | |
| 1/7/2014 | Transfer | Citibank - Checking | 4860 | 3551 | Pigida, Volodimyr | 60400 Payroll Expenses | 1,920.75 | | 1,920.75 | |
| 1/17/2014 | Transfer | Citibank - Checking | 4860 | | Owner | 31200 Owner's withdrawal | 3,000.00 | 3,000.00 | | |
| 1/20/2014 | Check | Citibank - Checking | 4860 | 2453 | Owner | 31200 Owner's withdrawal | 1,000.00 | 1,000.00 | | |
| | | | | | Pigida, Volodimyr | 60400 Payroll Expenses | 3,305.70 | | 3,305.70 | |
| | | | | | | SUBTOTAL - PRIOR TO 90 DAY PERIOD | | 79,000.00 | | |
| 3/17/2014 | Transfer | Bank of America - Checking | 6300 | | Owner | 31200 Owner's withdrawal | 200.00 | 200.00 | | |
| 3/20/2014 | Transfer | Bank of America - Checking | 6300 | | Owner | 31200 Owner's withdrawal | 200.00 | 200.00 | | |
| 3/24/2014 | Transfer | Bank of America - Checking | 6300 | | Owner | 31200 Owner's withdrawal | 200.00 | 200.00 | | |
| 4/14/2014 | Check | Bank of America - Checking | 6300 | 4760 | Pigida, Volodimyr | 60400 Payroll Expenses | 2,000.00 | | 2,000.00 | |
| 4/14/2014 | Check | Bank of America - Checking | 6300 | 3276 | Pigida, Volodimyr | | 3,305.71 | | 3,305.71 | |
| | | | | | | SUBTOTAL - WITHIN 90 DAYPERIOD | | 600.00 | | |
| | | | | | | | 111,217.41 | 79,600.00 | 31,617.41 | |

EXHIBIT E-5