Honorable Marc Barreca
May 28, 2015; 1:30 p.m.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TREND SOUND PROMOTER AMG CORP.,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 14-13193 |
| BANKRUPTCY ESTATE OF TREND SOUND PROMOTER AMG CORP., by and through Nancy James, Bankruptcy Trustee,<br><br>Plaintiff,<br><br>v.<br><br>VOLODIMYR PIGIDA and JANE DOE PIGIDA, husband and wife, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust; and MARINA BONDARENKO and JOHN DOE BONDARENKO, wife and husband, and the marital community comprised thereof, individually and as trustee of the Lakeshore Enterprises Trust, and SOUNDT STUDIOS LLC, a Washington limited liability company,<br><br>Defendants. | Adversary No. 14-01248<br><br><br><br><br>DECLARATION OF JAMES RIGBY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

The undersigned makes the following statement under penalty of perjury:

1. I am over 18 years of age, am competent to testify to the statements herein and make the statements herein based on facts personally known to me.

**DECLARATION OF JAMES RIGBY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
150421eDec   Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB    Doc 43    Filed 04/30/15    Ent. 04/30/15 10:20:38    Pg. 1 of 2

2. Attached hereto as exhibits and incorporated herein by this reference are true and accurate copies of the following documents which are admissible in evidence:

   a. Amended Complaint to Recover Fraudulent Conveyance, or in the Alternative to Recover a Preference, and to Add Party, pp 3-8;

   b. Answer and Affirmative Defenses to Plaintiff's First Amended Complaint, pp 9-15;

   c. Lakeshore Interrogatories and Answers (Bondarenko as Trustee), pp 16-29;

   d. Lakeshore Interrogatories and Answers (Bondarenko Individually), pp 30-43;

   e. Lakeshore Interrogatories and Answers (Pigida as Trustee), pp 44-53;

   f. Lakeshore Interrogatories and Answers (Pigida Individually), pp 54-65;

   g. Lakeshore Second Interrogatory Answers (Pigida Individually), pp 66-77;

   h. Lakeshore Second Interrogatory Answers (Lakeshore), pp 78-89;

   i. Lakeshore Interrogatory Answers (Bondarenko as Trustee), pp 90-101;

   j. Lakeshore Second Interrogatory Answers (Bondarenko Individually), pp 102-113;

   k. Lakeshore Second Interrogatory Answers (Pigida as Trustee), pp 114-125;

   l. License Agreement dated December 5, 2012, between Soundtrack Studio LLC and the debtor, pp126-130;

   m. State of Washington, Secretary of State, SoundT Studios LLC agents, pp 131-132; and

   n. SoundT Studios LLC assignments and invoices, pp 133-196.

DATED this 29th day of April, 2015.

/S/ *James Rigby*

James Rigby

**DECLARATION OF JAMES RIGBY
IN SUPPORT OF PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**
150421eDec   Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 755-7600

Case 14-01248-MLB    Doc 43    Filed 04/30/15    Ent. 04/30/15 10:20:38    Pg. 2 of 2